IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RACHEL MACIK, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| vs. § | 3:14-cv-00044 |
| § | |
| JPMORGAN CHASE BANK, NATIONAL § | |
| ASSOCIATION; and EQUIFAX § | |
| INFORMATION SERVICES, LLC; and § | |
| TRANS UNION, LLC, § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S SUPPLEMENTAL REQUESTED JURY CHARGE**

Plaintiff asks the Court to include the following special jury instruction in the jury charges:

A credit entry may be 'inaccurate' within the meaning of the statute either because it is patently incorrect, or because it is misleading in such a way and to such an extent that it can be expected to adversely affect credit decisions.

Authority: *Sepulvado v. CSC Credit Services, Inc.*, 158 F.3d 890 (5th Cir. 1998), *citing*, *Pinner v. Schmidt*, 805 F.2d 1258, 1262 (5th Cir.1986).

Dated: 10th day of June, 2016.

Respectfully submitted,

s/ Dennis McCarty

_____
Dennis McCarty
McCarty Law Firm
P.O. Box 111070
Carrollton, TX 75011
Attorney for Plaintiff

1

2

        Justin Baxter
*Admitted pro hac vice*
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
justin@baxterlaw.com
            Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Dated: 10th day of June, 2016.

                              Respectfully submitted,

                              s/ Dennis McCarty

                              _____
                              Dennis McCarty
                              McCarty Law Firm
                              P.O. Box 111070
                              Carrollton, TX 75011
                                        Attorney for Plaintiff