IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RACHEL MACIK § § Plaintiff § § v. § § JPMORGAN CHASE BANK, NATIONAL § ASSOCIATION; and EQUIFAX § INFORMATION SERVICES, LLC; and § TRANS UNION, LLC § § § § Defendants § | Civil Action No. 3:14-cv-00044 |

**NOTICE OF POST-VERDICT SETTLEMENT WITH JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

NOW COMES Plaintiff, files this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that Plaintiff has reached a post-verdict settlement with **JPMorgan Chase Bank, National Association.**

2. The parties anticipate that it will take approximately 30 days to finalize all of the documentation required to terminate this party and to get the agreed Stipulation of Dismissal filed.

Date: August 16, 2016

Respectfully submitted,

/s/ Dennis McCarty
Dennis McCarty
ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
Federal Bar No. 993800
P.O. Box 111070
Carrollton, TX., 75011
Telephone: 817-704-3375
Fax (817) 887-5069
dmccartylaw@att.net

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 16th day of August, 2016

Respectfully submitted,

/s/ Dennis McCarty
Dennis McCarty
ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
P.O. Box 111070
Carrollton, TX., 75011
Telephone: 817-704-3375
Fax (817) 887-5069
dmccartylaw@att.net